IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Case No.  03-cv-00463-PSF-OES

SPERBERG & ASSOCIATES, PC., a Colorado professional corporation,

     Plaintiff,

v.

MHW PROPERTIES, INC., a Florida corporation, and
MICHAEL H. WEISSER, an individual,

     Defendants.

---

## ORDER SETTING CASE FOR TRIAL

---

     The above-captioned matter has been scheduled for a **seven-day jury trial** on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **December 5, 2005 at 1:30 p.m.**

     A Final Trial Preparation Conference is set for **November 21, 2005 at 9:00 a.m.** The parties are expected to be fully prepared for trial at that time.  **Lead counsel who will try the case shall attend.**

     DATED:  June 28, 2005

                               BY THE COURT:

                               s/ Phillip S. Figa

                               _____

                               Phillip S. Figa
                               United States District Judge