IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Case No. 03-cv-00463-PSF-OES

SPERBERG & ASSOCIATES, PC., a Colorado professional corporation,

    Plaintiff,

v.

MHW PROPERTIES, INC., a Florida corporation, and
MICHAEL H. WEISSER, an individual,

    Defendants.

_____

**ORDER ON UNOPPOSED MOTION TO APPROVE STIPULATION OF THE PARTIES
TO TREAT EXPERT REPORTS AS AFFIDAVIT TESTIMONY**
_____

This matter comes before the Court on the parties' unopposed motion filed May 26, 2005 (Dkt. # 116), to approve a stipulation between them to treat expert reports attached to previously-filed motions for summary judgment as if the reports were sworn affidavits, in lieu of the parties submitting excerpts from depositions taken under oath.

The Court approves the parties' stipulation and will treat the expert witness reports attached to the pending motions, including defendants' "Cross-Motion for Partial Summary Adjudication" filed May 26, 2005 (Dkt. # 117), as if they were testimony provided under oath for purposes of Rule 56(c), F.R.Civ.P.

Having approved the stipulation between the parties, the Court denies the parties alternative request to stay its decision until deposition transcripts have been obtained.

    DATED: July 25, 2005.

                                                      BY THE COURT:

                                                      s/ Phillip S. Figa
                                                      _____
                                                      Phillip S. Figa
                                                      United States District Judge