IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Case No. 03-cv-00463-PSF-OES

SPERBERG & ASSOCIATES, PC., a Colorado professional corporation,

    Plaintiff,

v.

MHW PROPERTIES, INC., a Florida corporation, and
MICHAEL H. WEISSER, an individual,

    Defendants.

---

**ORDER ON DEFENDANTS' CROSS-MOTION FOR
PARTIAL SUMMARY JUDGMENT**

---

THIS MATTER comes before the Court on defendants' "Cross Motion for Partial Summary Judgment" (Dkt. # 117) filed on May 26, 2005. On August 15, 2005, plaintiff filed its response to the motion consistent with this Court's Order of July 25, 2005 permitting a response to be filed by that date. On September 7, 2005, Defendant MHW Properties, Inc. filed a reply in support of their motion. The matter is ripe for determination.

By Order entered July 25, 2005, this Court ruled on three pending motions for summary judgment filed by the parties. The relevant background facts regarding this case are set forth therein and need not be repeated here.

Defendants' current motion seeks partial summary judgment on its counterclaim asserting that plaintiff committed professional negligence by failing to provide advice

that met the professional standard with respect to the advice given in connection with the litigation described in the Court's July 25, 2005 Order.

As the Court stated in its prior Order, denying plaintiff's motion for summary judgment on the same claim:

> the parties have offered conflicting expert witness opinions as to whether or not the purported advice given by plaintiff fell below the standard of care.  *Compare* Expert Opinions of Daniel Hoffman and Robert Holmes, Exhibits B and F to Defendants' Response, respectively, stating their opinions of the standard of care and plaintiff's failure to meet it, with Expert Opinion of Laurin Quiat, Exhibit D to Defendants' Motion for Summary Judgment (Dkt. # 110), stating that plaintiff met the applicable standard of care.  This Court finds that there are genuine issues of material fact as to whether or not plaintiff met the applicable standard of care.

Order of July 25, 2005 at 9.

Seven weeks later, this Court is still of the same view.  The defendants' cross-motion for summary judgment is DENIED.

DATED:  September 9, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge