IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Case No. 03-cv-00463-PSF-OES

SPERBERG & ASSOCIATES, PC., a Colorado professional corporation,

    Plaintiff,

v.

MHW PROPERTIES, INC., a Florida corporation, and
MICHAEL H. WEISSER, an individual,

    Defendants.

## SCHEDULING ORDER ON PENDING MOTIONS

THIS MATTER comes before the Court on defendants' Motion to Withdraw as Attorneys (Dkt. # 153) and defendants' Motion to Vacate Trial Date, Final Trial Preparation Conference and Settlement Conference (Dkt. # 155), both filed on November 10, 2005.  As both motions are filed only days before the events they seek to postpone, the Court will not consider or rule on the motions at this time, but rather will hear both motions on November 21, 2005, at the time the Final Trial Preparation Conference is scheduled before this Court.  The Settlement Conference set for November 16, 2005 before the Magistrate Judge shall remain as scheduled.

    Dated: November 14, 2005

                                                                 BY THE COURT:

                                                                 *s/ Phillip S. Figa*
                                                                 _____
                                                                 Phillip S. Figa
                                                               United States District Judge