UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge Phillip S. Figa

Case No. 03-cv-00463-PSF-BNB

SPERBERG & ASSOCIATES, P.C., a Colorado professional corporation,

    Plaintiff,

v.

MHW PROPERTIES, INC., a Florida corporation; and
MICHAEL H. WEISSER, an Individual,

    Defendants.

## ORDER GRANTING STIPULATED MOTION TO VACATE THE JUDGMENT DATED DECEMBER 12, 2005 AS AGAINST MICHAEL H. WEISSER AND TO DISMISS THE CASE WITH PREJUDICE

The Court having reviewed the parties' Stipulated Motion to Vacate the Judgment Dated December 12, 2005 As Against Michael H. Weisser and to Dismiss the Case With Prejudice (Dkt. # 185), and being otherwise fully advised in the premises, it is hereby ORDERED as follows:

1.    Pursuant to F.R.Civ.P. 60(b)(5) and (6), the judgment dated December 12, 2005 has been satisfied by Defendant MHW Properties, Inc. and the judgment as against Defendant Michael H. Weisser is hereby VACATED.

2.    Pursuant to F.R.Civ.P. 41(a)(1), the case is DISMISSED with prejudice, each party to pay their own costs and attorney fees.

    DATED: January 13, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge